IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 23- |
| v. | : | DATE FILED: _____ |
| CEDRICK WILLIAMS | : | VIOLATIONS:<br>18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D)<br>(dealing in firearms without a license – 1 count)<br>18 U.S.C. § 924(a)(1)(A) (making false statements to a federal firearms licensee – 16 counts)<br>Notice of forfeiture |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

From on or about March 13, 2020 to on or about April 15, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

**CEDRICK WILLIAMS**

willfully engaged in the business of dealing in firearms without being licensed to do so under the provisions of Chapter 44, Title 18, United States Code.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## COUNTS TWO THROUGH SEVENTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this indictment:

1. Bunker Gun Shop, located at 549 York Road, Warminster, Pennsylvania; Target World Inc., located at 529 Butler Avenue, Chalfont, Pennsylvania; Locks Philadelphia Gun Exchange, located at 6700 Rowland Avenue, Philadelphia, Pennsylvania; Bunker Gun Shop II, located at 143 E. Butler Avenue, Chalfont, Pennsylvania; Philadelphia Training Academy, located at 831-833 Ellsworth Street, Philadelphia, Pennsylvania; American Arms and Ammunition, located at 808 Bethlehem Pike, Colmar, Pennsylvania, each possessed a federal firearms license ("FFL") and was authorized to deal in firearms under federal laws.

2. FFL holders are licensed, among other things, to sell firearms and ammunition. Various rules and regulations, promulgated under the authority of Chapter 44, Title 18, United States Code, govern the manner in which FFL holders are permitted to sell firearms and ammunition.

3. The rules and regulations governing FFL holders require that a person seeking to purchase a firearm fill out a Firearm Transaction Record, ATF Form 4473 ("Form 4473"). Part of the Form 4473 requires that the prospective purchaser certify that all of his or her answers on Form 4473 are true and correct. The Form 4473 contains language warning that, "I understand that answering 'yes' to question 11.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law," "making any false oral or written statement, or the exhibiting of any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony," and "I further understand that the repetitive purchase of firearms

2

for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law."

    4.      FFL holders are required to maintain a record, in the form of a completed Form 4473, of the identity of the actual buyer of firearms sold by the FFL holder, including the buyer's home address and date of birth, to ensure that the person was not prohibited from purchasing a firearm. For example, convicted felons are persons prohibited by law from buying firearms.

    5.      On or about the dates listed below, in Warminster, Chalfont, Philadelphia and Colmar, each in the Eastern District of Pennsylvania, defendant

**CEDRICK WILLIAMS,**

in connection with the acquisition of each of the firearms listed below from the FFL holders listed below, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the FFL holders' records, in that defendant WILLIAMS, certified on the Form 4473 that he was the actual transferee/buyer, when in fact, as defendant knew, these statements were false and fictitious, because WILLIAMS was purchasing the firearms for the purpose of resale, each date constituting a separate offense:

| Count | Date and Dealer | Firearm | Serial Number |
|---|---|---|---|
| Two | March 13, 2020<br><br>Philadelphia Training Academy<br>831-833 Ellsworth Street<br>Philadelphia, Pennsylvania | Canik, Model TP9SF, 9mm semi-automatic pistol | 20AT03053 |
| Three | May 11, 2020<br><br>Bunker Gun Shop<br>549 York Road<br>Warminster, Pennsylvania | Century International Arms Inc., Model TP9SFX, 9mm semi-automatic pistol | 20BC09216 |

| | | | |
|---|---|---|---|
| Four | July 25, 2021<br><br>Target World<br>529 Butler Avenue<br>Chalfont, Pennsylvania | Springfield Armory, Model Defender XD9, 9mm semi-automatic pistol | BA394382 |
| Five | September 13, 2021<br><br>Bunker Gun Shop<br>549 York Road<br>Warminster, Pennsylvania | Ruger, Model 57, 5.7x28mm semi-automatic pistol | 643-12924 |
| Six | October 8, 2021<br><br>Locks Philadelphia Gun Exchange<br>6700 Rowland Avenue<br>Philadelphia, Pennsylvania | Ruger, Model 57, 5.7x28mm semi-automatic pistol | 643-25264 |
| Seven | November 2, 2021<br><br>American Arms and Ammunition<br>808 Bethlehem Pike<br>Colmar, Pennsylvania | Grey Ghost Precision, Model P80, 9mm semi-automatic pistol | GGP1653 |
| Eight | December 16, 2021<br><br>Target World<br>529 Butler Avenue<br>Chalfont, Pennsylvania | Springfield Armory, Model XDM Elite, 9mm semi-automatic pistol | BA345525 |
| Nine | January 15, 2022<br><br>Bunker Gun Shop<br>549 York Road<br>Warminster, Pennsylvania | Canik, Model TP9SFX, 9mm semi-automatic pistol | 21BC49149 |
| Ten | January 18, 2022<br><br>Target World<br>529 Butler Avenue<br>Chalfont, Pennsylvania | CZ USA, Model P10F, 9mm semi-automatic pistol | UB01719 |
| Eleven | February 11, 2022<br><br>Target World<br>529 Butler Avenue<br>Chalfont, Pennsylvania | Canik, Model TP9SFX, 9mm semi-automatic pistol | 20BC03403 |

| Twelve | March 3, 2022<br><br>Target World<br>529 Butler Avenue<br>Chalfont, Pennsylvania | Taurus, Model G3C, 9mm semi-automatic pistol | ACL580776 |
|---|---|---|---|
| Thirteen | March 8, 2022<br><br>Bunker Gun Shop<br>549 York Road<br>Warminster, Pennsylvania | Smith & Wesson, Model SD9VE, 9mm semi-automatic pistol | FDT8600 |
| Fourteen | March 24, 2022<br><br>Target World<br>529 Butler Avenue<br>Chalfont, Pennsylvania | Ruger, Model 57 Pro, 5.7x28 mm semi-automatic pistol | 643-50640 |
| Fifteen | March 25, 2022<br><br>Target World<br>529 Butler Avenue<br>Chalfont, Pennsylvania | Glock, Model 17 Gen 4, 9mm semi-automatic pistol | AECA990 |
| Sixteen | April 7, 2022<br><br>Target World<br>529 Butler Avenue<br>Chalfont, Pennsylvania | Ruger, Model 57, 5.7x28mm semi-automatic pistol | 643-50642 |
| Seventeen | April 15, 2022<br><br>Bunker Gun Shop II<br>143 E. Butler Avenue<br>Chalfont, Pennsylvania | Springfield Armory, Model XD9, 9mm semi-automatic pistol | GM998842 |

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(A) set forth in this indictment, defendant

**CEDRICK WILLIAMS,**

shall forfeit to the United States of America, the firearms and other items involved in the commission of such violations, including, but not limited to:

1) A Canik, Model TP9SF, 9mm semi-automatic pistol, bearing serial number 20AT03053;

2) A Century International Arms Inc., Model TP9SFX, 9mm semi-automatic pistol, bearing serial number 20BC09216;

3) A Springfield Armory, Model Defender XD9, 9mm semi-automatic pistol, bearing serial number BA394382;

4) A Ruger, Model 57, 5.7x28mm semi-automatic pistol, bearing serial number 643-12924;

5) A Ruger, Model 57, 5.7x28mm semi-automatic pistol, bearing serial number 643-25264;

6) A Grey Ghost Precision, Model P80, 9mm semi-automatic pistol, bearing serial number GGP1653;

7) A Springfield Armory, Model XDM Elite, 9mm semi-automatic pistol, bearing serial number BA345525;

8) A Canik, Model TP9SFX, 9 mm semi-automatic pistol, bearing serial number 21BC49149;

9) A CZ, Model P10F, 9mm semi-automatic pistol, bearing serial number UB01719;

10) A Canik, Model TP9SFX, 9mm semi-automatic pistol, bearing serial number 20BC03403;

11) A Taurus, Model G3C, 9mm semi-automatic pistol, bearing serial number ACL580776;

12) A Smith & Wesson, Model SD9VE, 9mm semi-automatic pistol, bearing serial number FDT8600;

13) A Ruger, Model 57 Pro, 5.7x28mm semi-automatic pistol, bearing serial number 643-50640;

14) A Glock, Model 17 Gen 4, 9mm semi-automatic pistol, bearing serial number AECA990;

15) A Ruger, Model 57, 5.7x28mm semi-automatic pistol, bearing serial number 643-50642; and

16) A Springfield Armory, Model XD9, 9mm semi-automatic pistol, bearing serial number GM998842.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

A TRUE BILL:

_____
**GRAND JURY FOREPERSON**

*[signature] /for*
_____
**JACQUELINE C. ROMERO**
**United States Attorney**

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

CEDRICK WILLIAMS

INFORMATION

Counts
18 U.S.C. § 922 (a)(1)(A), § 924(a)(1)(D) (dealing firearms without a license – 1 count)
18 U.S.C. § 924(a)(1)(A) (making a false statement to a federal firearms licensee – 16 counts)
Notice of Forfeiture

A true bill.

_____
Filed in open court this _____ day,
of March A.D. 20 23

_____
Clerk

Bail, $ _____